IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANNETTE BROWN,                                                              PLAINTIFF
o/b/o D.N., a minor

v.                          Case No. 4:06-cv-4075

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                 DEFENDANT

## JUDGMENT

Comes now the Court on this the 3rd day of Augsut, 2007, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED**.

                                                                                /s/Barry A. Bryant
                                                                                HON. BARRY A. BRYANT
                                                                                U.S. MAGISTRATE JUDGE